# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shortcake IP Holdings LLC

                                      Plaintiff,

v.                                                                               Case No.:
                                                                              1:23−cv−00407

                                                                              Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

      MINUTE entry before the Honorable Manish S. Shah. Motion hearing held on 5/2/2023. Plaintiffs' Motion for entry of default and default judgment [41] is granted. No defendants appeared at the hearing to object. Enter Order of default as to defendants as outlined in Exhibit A. Final Judgement Order to enter. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.