**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHORTCAKE IP HOLDINGS LLC, | Case No. 23-cv-00407 |
| Plaintiff, | **Judge Virginia M. Kendall** |
| v. | **Magistrate Judge Jeffrey Cole** |
| ACLE STORE, et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Shortcake IP Holdings LLC's ("Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A (collectively, the "Defaulting Defendants")

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products bearing unauthorized copies of the Strawberry Shortcake Copyrighted Designs (including U.S. Copyright Registration Nos. B 197-759, GP 59-162, and A 95-985) and/or using infringing and counterfeit versions of the STRAWBERRY SHORTCAKE Trademarks (collectively, the "Unauthorized Strawberry Shortcake Products") to residents of Illinois. Lists of the STRAWBERRY SHORTCAKE Trademarks and Strawberry Shortcake Copyrighted Designs are included in the below charts.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,117,262 | STRAWBERRY SHORTCAKE | For: Greeting cards in class 016. |
| 1,267,116 | STRAWBERRY SHORTCAKE | For: Gift wrapping paper in class 016. |
| 1,564,827 | STRAWBERRY SHORTCAKE | For: Dolls in class 028. |
| 1,959,123 | STRAWBERRY SHORTCAKE | For: Children's clothing, namely sleepwear in class 025. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 2,309,010 | STRAWBERRY SHORTCAKE | For: Shirts in class 025. |
| 2,803,695 | STRAWBERRY SHORTCAKE | For: Equipment sold as a unit for playing board games, puzzles, Christmas tree ornaments, toy playsets for dolls, party favors in the form of small toys, stuffed toy figures, balloons, preschool toys in class 028. |
| 2,856,798 | STRAWBERRY SHORTCAKE | For: Paper gift bags, paper napkins, pens, pencils, erasers, writing paper and envelopes, note pads, note books, stationery-type portfolios, stickers, story books, coloring books, children's activity books, paper party hats, calendars, diaries, address books, pencil cases, paper banners, posters, rubber stamps in class 016. |
| 2,887,531 | STRAWBERRY SHORTCAKE | For: Picture frames, plastic cake decorations, sleeping bags in class 020.<br><br>For: Plates, cups, toothbrushes in class 021.<br><br>For: Table linen, pillow cases, bedspreads, curtains, bed blankets, pillows in class 024. |
| 2,901,936 | STRAWBERRY SHORTCAKE | For: Bubble bath, bath gel, soap, toothpaste, body lotion, nail polish in class 003. |
| 2,925,739 | STRAWBERRY SHORTCAKE | For: Photographic cameras, sunglasses, prerecorded video cassettes featuring cartoons, DVD's featuring cartoons, decorative magnets in class 009.<br><br>For: Jewelry, clocks in class 014.<br><br>For: Backpacks, tote bags, purses, wallets in class 018. |
| 3,171,964 | STRAWBERRY SHORTCAKE | For: Socks, tights, shoes, sandals, slippers, boots, belts, hats, gloves, scarves, panties, dresses, pants, shorts, swimsuits, Halloween costumes, wrist bands in class 025.<br><br>For: Hair clips, barrettes, hair bands, ponytail holders, ribbons and bows for gift wrapping in class 026. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 4,196,032 | STRAWBERRY SHORTCAKE | For: Entertainment and educational services in the nature of on-going television programs in the field of children's entertainment in class 041. |
| 4,580,350 | STRAWBERRY SHORTCAKE | For: Entertainment services, namely, production of animated cartoons on dvds and video cassettes; entertainment services provided via global computer networks and wireless communication networks featuring online computer games, videos, music, and activities in the nature of comedy, drama, action, adventure, and animation in the field of children's entertainment and education; providing information relating to entertainment online via a global computer network containing information regarding computer games, interactive children's activities, and stories for children and their parents; providing on-line non-downloadable publications in the nature of magazines and books featuring entertainment in the nature of comedy, drama, action, adventure, and animation, stories and games for children; providing non-downloadable online interactive computer games in class 041. |
| 4,847,516 | STRAWBERRY SHORTCAKE | For: Adhesive bandages in class 005. |

| Copyright No. | Full Title |
|---|---|
| VA0002111376 | Strawberry Shortcake #1 |
| VA0002111373 | Strawberry Shortcake #2 |
| VA0002111366 | Strawberry Shortcake #3 |
| VA0002111365 | Strawberry Shortcake #4 |
| VA0002111364 | Strawberry Shortcake #5 |
| VA0002111363 | Strawberry Shortcake #6 |
| VA0002111362 | Strawberry Shortcake #7 |
| VA0002111361 | Strawberry Shortcake #8 |

4

| Copyright No. | Full Title |
|---|---|
| TX0008396780 | STRAWBERRY SHORTCAKE: BERRY SWEET RECIPE ACTIVITY BOOK |
| VA0002111389 | Strawberry Shortcake: Free Comic Book Day Edition |
| VA0002112334 | Strawberry Shortcake Funko Universe One-Shot (with 3 cover editions) |
| V9929D385 | Strawberry Shortcake success book for 1983 & 250 other titles |
| V9950D084 | The Strawberry Shortcake Success Book for 1983 & 250 other titles |
| V9924D358 | Adorable apple dumplin's book & 251 other titles / Reg. TX6062610 |
| V9933D434 | Adorable apple dumplin's book & 318 other titles |
| TX0008609604 | HAPPY BIRTHDAY, STRAWBERRY SHORTCAKE! |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the STRAWBERRY SHORTCAKE Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not

a genuine Strawberry Shortcake product or not authorized by Plaintiff to be sold in connection with the STRAWBERRY SHORTCAKE Trademarks; reproducing, distributing copies of, making derivative works of, or publicly displaying the Strawberry Shortcake Copyrighted Designs in any manner without the express authorization of Plaintiff;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Strawberry Shortcake product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the STRAWBERRY SHORTCAKE Trademarks and/or the Strawberry Shortcake Copyrighted Designs;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Strawberry Shortcake Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the STRAWBERRY SHORTCAKE Trademarks and/or the Strawberry Shortcake Copyrighted Designs and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the STRAWBERRY SHORTCAKE Trademarks, or any reproductions, counterfeit copies

or colorable imitations thereof and/or which bear the Strawberry Shortcake Copyrighted Designs.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), DHgate.com ("DHgate"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com"), (collectively, the "Third Party Providers") shall, within seven (7) calendar days of receipt of this Order, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the STRAWBERRY SHORTCAKE Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred and fifty thousand dollars ($150,000) for willful use of counterfeit STRAWBERRY SHORTCAKE Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

4. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Strawberry Shortcake Copyrighted Designs.

5. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com,

Walmart, Etsy, DHgate, and Amazon Pay by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

6.   Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7.   All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8.   Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall within seven (7) calendar days:

8

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Carrie J. Dumont, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above- identified damages within seven (7) calendar days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Carrie J. Dumont and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: May 2, 2023

Manish S. Shah
United States District Judge

9

Shortcake IP Holdings LLC v. ACLE Store, et al.- Case No. 23-cv-00407

# Schedule A

## Defendant Online Marketplaces

| No. | URL | Name / Seller Alias |
|---|---|---|
| 1 | aliexpress.com/store/1101884298 | ACLE Store |
| 2 | aliexpress.com/store/1101587055 | Art&Life Store |
| 3 | aliexpress.com/store/1101893254 | BeautifullYunboutique Store |
| 4 | aliexpress.com/store/1101757391 | Bestyou Stickers Store |
| 5 | aliexpress.com/store/1101547368 | bijiaohaokan123 Store |
| 6 | aliexpress.com/store/1102209298 | Binboss Store |
| 7 | aliexpress.com/store/1101935663 | CHAMPRINT Caps Store |
| 8 | aliexpress.com/store/1102165449 | CHAMPRINT Streetwear Store |
| 9 | aliexpress.com/store/1102119948 | Cotton custom hat Store |
| 10 | aliexpress.com/store/1102197388 | Custom jigsaw puzzle Store |
| 11 | aliexpress.com/store/1101153406 | custom product |
| 12 | aliexpress.com/store/1101410207 | DHK Ribbon&Accessories 2 Store |
| 13 | aliexpress.com/store/1101824664 | Dingdangdoudou Store |
| 14 | aliexpress.com/store/1101553031 | DIYmone121 Store |
| 15 | aliexpress.com/store/1102046240 | ErdongCC Store |
| 16 | aliexpress.com/store/1101622330 | GHH.11 Store |
| 17 | aliexpress.com/store/1101551267 | Gon Store |
| 18 | aliexpress.com/store/1102198392 | Goo Home Textiles Store |
| 19 | aliexpress.com/store/1101749609 | HANG 2 Store |
| 20 | aliexpress.com/store/1101304349 | HEARMNY Aug Store |
| 21 | aliexpress.com/store/1101303719 | HEARMNY July Store |
| 22 | aliexpress.com/store/1101326836 | huanhuangadgets50 Store |
| 23 | aliexpress.com/store/1101666450 | HuaWuYiONE Store |
| 24 | aliexpress.com/store/1101363856 | InMemory Backdrop Store |
| 25 | aliexpress.com/store/1101706029 | IN-Miracle Store |
| 26 | aliexpress.com/store/1102441618 | JDDOG Store |
| 27 | aliexpress.com/store/1102440455 | JUSTWIN Store |
| 28 | aliexpress.com/store/1101777902 | JYdesign Store |
| 29 | aliexpress.com/store/1101407734 | KimXY Resin & ribbon Store |
| 30 | aliexpress.com/store/1100575077 | KittyStore |
| 31 | aliexpress.com/store/1102409819 | Levi Store |
| 32 | aliexpress.com/store/1102398079 | LIDUS HOME Store |

| 33 | aliexpress.com/store/1101909900 | llp666 Store |
|----|----------------------------------|--------------|
| 34 | aliexpress.com/store/1101592918 | ma dou dou dou dou Store |
| 35 | aliexpress.com/store/1102082169 | Mu Mu-Case Store |
| 36 | aliexpress.com/store/1102038075 | Niholia Photo Backdrops Store |
| 37 | aliexpress.com/store/1101249057 | Party Grocery Store |
| 38 | aliexpress.com/store/1102034190 | PatyBar Professional Background Store |
| 39 | aliexpress.com/store/1102154795 | PLu2022 Store |
| 40 | aliexpress.com/store/1100519637 | Pretty Ribbon&Crafts Inc. |
| 41 | aliexpress.com/store/1101542072 | Riccu2 Store |
| 42 | aliexpress.com/store/1101264538 | rongzou Store |
| 43 | aliexpress.com/store/1102299556 | Shop11000008094 Store |
| 44 | aliexpress.com/store/1102346595 | Shop110000S102 Store |
| 45 | aliexpress.com/store/1101983361 | Shop1100050151 Store |
| 46 | aliexpress.com/store/1102082051 | Shop1102077086 Store |
| 47 | aliexpress.com/store/1102128301 | Shop1102122289 Store |
| 48 | aliexpress.com/store/1102149083 | Shop1102143163 Store |
| 49 | aliexpress.com/store/1102176791 | Shop1102174802 Store |
| 50 | aliexpress.com/store/1102186885 | Shop1102194869 Store |
| 51 | aliexpress.com/store/1102201316 | Shop1102202273 Store |
| 52 | aliexpress.com/store/1102211065 | Shop1102216047 Store |
| 53 | aliexpress.com/store/1102248071 | Shop1102245092 Store |
| 54 | aliexpress.com/store/1102273274 | Shop1102276189 Store |
| 55 | aliexpress.com/store/1102279737 | Shop1102280711 Store |
| 56 | aliexpress.com/store/1102297055 | Shop1102302027 Store |
| 57 | aliexpress.com/store/1102301248 | Shop1102304265 Store |
| 58 | aliexpress.com/store/1102337809 | Shop1102339817 Store |
| 59 | aliexpress.com/store/1102352109 | Shop1102345199 Store |
| 60 | aliexpress.com/store/1102347469 | Shop1102349463 Store |
| 61 | aliexpress.com/store/1102350580 | Shop1102352517 Store |
| 62 | aliexpress.com/store/1102362110 | Shop1102366068 Store |
| 63 | aliexpress.com/store/1102403061 | Shop1102375993 Store |
| 64 | aliexpress.com/store/1102419433 | Shop1102400107 Store |
| 65 | aliexpress.com/store/1102410700 | Shop1102413725 Store |
| 66 | aliexpress.com/store/1102424049 | Shop1102421043 Store |
| 67 | aliexpress.com/store/1102418645 | Shop1102424599 Store |
| 68 | aliexpress.com/store/1102442125 | Shop1102442124 Store |
| 69 | aliexpress.com/store/1102442481 | Shop1102442480 Store |
| 70 | aliexpress.com/store/1102460095 | Shop1102454137 Store |
| 71 | aliexpress.com/store/1102487055 | Shop1102480061 Store |

| 72 | aliexpress.com/store/1102488081 | Shop1102481097 Store |
|---|---|---|
| 73 | aliexpress.com/store/1101358236 | Shop5384031 Store |
| 74 | aliexpress.com/store/1101573877 | Shop911127231 Store |
| 75 | aliexpress.com/store/1100888011 | sleeping momo 1222 Store |
| 76 | aliexpress.com/store/1102303114 | take your time Store |
| 77 | aliexpress.com/store/1101449739 | TOBFATION DESIGN Store |
| 78 | aliexpress.com/store/1101982264 | Trendy Home Living Store |
| 79 | aliexpress.com/store/1102211229 | VEDORY Store |
| 80 | aliexpress.com/store/1102437533 | Wangzhe2023 Store |
| 81 | aliexpress.com/store/1101304730 | winwinsales39 Store |
| 82 | aliexpress.com/store/1101311634 | WishShape Fashion Store |
| 83 | aliexpress.com/store/1101759124 | woshidashuaige123 Store |
| 84 | aliexpress.com/store/1101674586 | woshitiancai Store |
| 85 | aliexpress.com/store/1102145161 | XIUXIUN S Store |
| 86 | aliexpress.com/store/1102016212 | yichenjuejuezi Store |
| 87 | aliexpress.com/store/1102177098 | ZIYOU2022 Store |
| 88 | aliexpress.com/store/1102339866 | ZUIDID Party Backdrops Store |
| 89 | amazon.com/sp?seller=A29UPBX9SEM8J7 | A29UPBX9SEM8J7 |
| 90 | amazon.com/sp?seller=A3HW40O4G2MLCG | A3HW40O4G2MLCG |
| 91 | amazon.com/sp?seller=A3O2DENMGMZP80 | A3O2DENMGMZP80 |
| 92 | amazon.com/sp?seller=A3PY491BJO8HTC | A3PY491BJO8HTC |
| 93 | amazon.com/sp?seller=A718WQSOV8RJ | A718WQSOV8RJ |
| 94 | amazon.com/sp?seller=AE9TW25N6QR0Z | BaiBinSongDianZi |
| 95 | amazon.com/sp?seller=A9QV9DRS76YP0 | binbaimaoyiyouxiangongsi |
| 96 | amazon.com/sp?seller=A4977I9DEVW6I | changshahuannianmaoyiyouxiangongsi |
| 97 | amazon.com/sp?seller=A1LJLDM7AS64ND | FBVVHG |
| 98 | amazon.com/sp?seller=A1QBWKO8RMP6KF | FengSheng Ltd |
| 99 | DISMISSED | DISMISSED |
| 100 | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED |
| 102 | amazon.com/sp?seller=A645KTU39MQRC | jinandaoyuanwangluokejiyouxiangongsi |
| 103 | amazon.com/sp?seller=A1VVRZ5U8XV6XD | jinanquzewangluokejiyouxiangongsi |
| 104 | amazon.com/sp?seller=A2G4P15IC9X3GC | KaeLreek |
| 105 | amazon.com/sp?seller=A39LL7ZPP03DYI | LFPGEC |
| 106 | amazon.com/sp?seller=A1D9CEBQ0YGJCG | lixinxinaliulishangmaoyouxiangongsi |
| 107 | DISMISSED | DISMISSED |
| 108 | amazon.com/sp?seller=AJ3R4RNPU0MZ6 | luoningmaoyigongsi |
| 109 | amazon.com/sp?seller=A800BVODW1UKN | LXIXIA |
| 110 | DISMISSED | DISMISSED |

| 111 | DISMISSED | DISMISSED |
|---|---|---|
| 112 | amazon.com/sp?seller=AIOWC38B745RE | putianshilichengqugongchenjiedaozhouxiaoqinfuzhuan |
| 113 | amazon.com/sp?seller=A18A18H5GQELQK | sacewfdsacx |
| 114 | amazon.com/sp?seller=A22T7JTUMYFXG5 | sanyatingxishangmaoyouxiangongsi |
| 115 | amazon.com/sp?seller=A1R7T08XO3PB6A | Seebakty |
| 116 | DISMISSED | DISMISSED |
| 117 | amazon.com/sp?seller=A3QXQIFLMLCYNA | Songyuanshichengmaowangluokejiyouxiangongsi |
| 118 | DISMISSED | DISMISSED |
| 119 | amazon.com/sp?seller=A16UV3CEV8U4GE | taiyuanchenzixiankejiyouxiangongsi |
| 120 | amazon.com/sp?seller=A320EMTWDD3X77 | WanZaiXianDiQingBaiHuoDian |
| 121 | amazon.com/sp?seller=A12AWTRLL7CK1Z | wedsacxv |
| 122 | amazon.com/sp?seller=A65CRVSCFC7X | WeellLee |
| 123 | amazon.com/sp?seller=A300X2GJUD2NX8 | weijiyouzhin |
| 124 | amazon.com/sp?seller=A21D4NH0JK6TWA | WISOFEI |
| 125 | DISMISSED | DISMISSED |
| 126 | amazon.com/sp?seller=A1UBZPDELUOF6Z | XIYILU |
| 127 | amazon.com/sp?seller=A3TWP688YWLNX0 | xujiahao3 |
| 128 | amazon.com/sp?seller=A1H96T0ON2UZVV | yangxiaoleii |
| 129 | amazon.com/sp?seller=A27NRHKMZ8UZX4 | YingTuTong |
| 130 | amazon.com/sp?seller=A1RNRFTJD0V4E2 | zhangyingcm |
| 131 | ebay.com/usr/wxh2004 | wxh2004 |
| 132 | walmart.com/seller/101183225 | Schwarts Count |
| 133 | wish.com/merchant/5e6740d9fc578f0ec193b02d | asduihier |
| 134 | wish.com/merchant/5ea0c15013546c205edb02f2 | Ashley Grannell |
| 135 | wish.com/merchant/600f987606a1463e4e1a343f | Drop the Walls Boutique |
| 136 | wish.com/merchant/549fc2eb24db571ea5d91b4f | GrobalChildren toys industrial |
| 137 | DISMISSED | DISMISSED |
| 138 | wish.com/merchant/60448d5b035a8305463d73fa | qingyong5292 |